1

**BUCKNELL STEHLIK SATO & STUBNER, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington  98121
(206) 587-0144 • fax (206) 587-0277

2

3

JUDGE:          Thomas T. Glover
DATE:           July 17, 2009
TIME:           9:30 a.m.
CHAPTER:        7
LOCATION:  Seattle
RESPONSE DATE: July 10, 2009

4

5

6          UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

7

8    In re:                                  )    No. 09-14272-TTG
                                             )
9    HUMCOR INC., d/b/a Callaway Fitness -   )    ORDER DISMISSING CASE
     Meridian,                               )
10                                           )
                                             )
11            Debtor.                        )
                                             )
12   _____ )

13        This matter comes before the court upon motion by creditor Meridian Place LLC to dismiss

14   this chapter 7 case for cause.  The court, upon reviewing Meridian Place's motion, responses thereto,

15   the reply supporting this motion and otherwise being duly advised, finds that for the reasons set forth

16   in the motion cause exists to dismiss this case.  In accordance with the foregoing it is hereby,

17

18        ORDERED that this chapter 7 proceeding is DISMISSED with prejudice.

19        DATED this _____ day of _____, 2009.

20

21                                              _____ptcy Judge

22

23   Thomas T. Glover
     United States Bankruptcy Judge
     (Dated as of "Entered on Docket" date above)

24

25

26

27                                        **BUCKNELL STEHLIK SATO & STUBNER, LLP**
                                          2003 Western Avenue, Suite 400
28                                        Seattle, Washington 98121
     ORDER DISMISSNG CASE - 1             (206) 587-0144 • fax (206) 587-0277

CLIENTS\2510\Humcor\103a\order dismissing case.doc

Ex. 1

1

Presented by:

2

BUCKNELL STEHLIK SATO & STUBNER, LLP

3

4

_____/s/ Jerry N. Stehlik_____

5

Jerry N. Stehlik, WSBA #13050
Attorneys for Meridian Place, LLC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DISMISSNG CASE - 2

BUCKNELL STEHLIK SATO & STUBNER, LLP
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144  •  fax (206) 587-0277

CLIENTS\2510\Humcor\103a\order dismissing case.doc

Ex. 1

The Law Offices of Janet L. Hill
23607 Hwy 99, Suite 3-A
Edmonds, WA  98026
(425) 640-6523

Hon. Thomas T. Glover
Ch. 7

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

In Re

HUMCOR, INC.,


          Debtor.

Case No. 09-14272-TTG


NOTICE OF APPEAL

          Smart Lending, LLE, Creditor,  appeals under 28 U.S.C. § 158(a) or (b) from the Order Dismissing Case (ECF Docket No. 47; a true copy of which is attached as **Exhibit 1**) entered on the docket on July 24, 2009, in the above-entitled Chapter 7 case by the Hon. Thomas T. Glover.

          The names of all parties to the order appealed from are as follows:

| Party | Counsel |
| --- | --- |
| Appellant-Smart Lending, LLC | Janet L. Hill<br>The Law Office of Janet L. Hill<br>23607 Hwy. 99, Suite 3-A<br>Edmonds, WA 98026<br>(425) 640-6523 |
| Appellee-Meridian Place LLC | Jerry N. Stehlik<br>Bucknell Stehlik Sato & Stubner, LLP<br>2003 Western Avenue, Suite 400<br>Seattle, WA  98212<br>(206) 587-0144 |

NOTICE OF APPEAL- 1

The Law Offices of Janet L. Hill
23607 Hwy. 99, Suite 3-A
Edmonds, WA  98026

| **Party** | **Counsel** |
| --- | --- |
| Appellee-Peter H. Arkison, Trustee | Rory C. Livesey<br>The Rigby Law Firm<br>600 Stewart St., Suite 1908<br>Seattle, WA 98101<br>(206) 441-0826 |

DATED: July 2 9, 2009.

_Janet L. Hill_

Janet L. Hill, WSBA #16315
Attorney for Smart Lending, LLC
Appellant

NOTICE OF APPEAL- 2

The Law Offices of Janet L. Hill
23607 Hwy. 99, Suite 3-A
Edmonds, WA 98026

Entered on Docket Jul. 24, 2009

1

**BUCKNELL STEHLIK SATO & STUBNER, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144 • fax (206) 587-0277

2

3

JUDGE:        Thomas T. Glover
DATE:         July 17, 2009
TIME:         9:30 a.m.
CHAPTER:      7
LOCATION:  Seattle
RESPONSE DATE: July 10, 2009

4

5

6                 UNITED STATES BANKRUPTCY COURT
          WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

7

8    In re:                                    )      No. 09-14272-TTG
                                               )
9    HUMCOR INC., d/b/a Callaway Fitness -     )      ORDER DISMISSING CASE
     Meridian,                                 )
10                                             )
                      Debtor.                  )
11                                             )
                                               )
12   _____   )

13          This matter comes before the court upon motion by creditor Meridian Place LLC to dismiss

14   this chapter 7 case for cause.  The court, upon reviewing Meridian Place's motion, responses thereto,

15   the reply supporting this motion and otherwise being duly advised, finds that for the reasons set forth

16   in the motion cause exists to dismiss this case.  In accordance with the foregoing it is hereby,

17

18          ORDERED that this chapter 7 proceeding is DISMISSED with prejudice.

19          DATED this _____ day of _____, 2009.

20

21                                                    _____ ptcy Judge

22                                                    _____
                                                      Thomas T. Glover
23                                                    United States Bankruptcy Judge
                                                      (Dated as of "Entered on Docket" date above)

24

25

26

27                                          **BUCKNELL STEHLIK SATO & STUBNER, LLP**
                                            2003 Western Avenue, Suite 400
28                                          Seattle, Washington 98121
                                            (206) 587-0144 • fax (206) 587-0277
ORDER DISMISSNG CASE - 1

CLIENTS\2510\Humcor\103a\order dismissing case.doc

Ex. 1

1    Presented by:

2    BUCKNELL STEHLIK SATO & STUBNER, LLP

3

4    _____/s/ Jerry N. Stehlik_____

5    Jerry N. Stehlik, WSBA #13050
     Attorneys for Meridian Place, LLC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                              **BUCKNELL STEHLIK SATO & STUBNER, LLP**

27                                                    2003 Western Avenue, Suite 400
                                                       Seattle, Washington 98121
28   ORDER DISMISSNG CASE - 2                       (206) 587-0144  •  fax (206) 587-0277

     CLIENTS\2510\Humcor\103a\order dismissing case.doc      Ex. 1